# EXHIBIT G TO COMPLAINT

## Claim Chart of Claim 1 of U.S. Pat. No. 11,164,054 Against Accused Product Samsung Galaxy Smartphones

## CRISPERA J1 ASSETS LLC v. SAMSUNG

*U.S. Patent No. 11,164,054 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

# EXHIBIT G

## CLAIM CHART

### U.S. Patent No. 11,164,054 - System linked item

Exemplary Claim 1 - Representative Accused Product: Samsung Galaxy Smartphones

*Crispera J1 Assets LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

This claim chart is preliminary. Crispera J1 Assets LLC reserves the right to supplement, amend, or modify these contentions as discovery proceeds, as claim construction is resolved, and as additional information regarding the Accused Products becomes available. The absence of a citation for any limitation does not constitute an admission, and the citations herein are exemplary rather than exhaustive.

The products and features identified herein are representative of the Accused Products. Where a specific model, application, or version is cited, that citation is exemplary; the same or materially similar functionality is present across the Samsung product lines identified below, and each representative citation applies equally to other models and versions that share the cited functionality.

The Accused Products include all products and services made, used, tested, sold, offered for sale, imported, or distributed by or on behalf of Defendants that practice one or more claims of the asserted patent and that infringe in the same general way, including without limitation Samsung Galaxy Smartphones, Samsung Smart TVs, Samsung Home Appliances, the SmartThings application and platform, Samsung Account services, Samsung Wallet, Samsung Digital Key, Galaxy SmartTags, Samsung Smart Switch, and Samsung mobile hotspot and tethering functionality, together with all associated code-generation, code-scanning, registration, invitation, authentication, and account-linked response functionality that operates with any of the foregoing. Plaintiff reserves the right to identify additional Accused Products through its Disclosure of Asserted Claims and Infringement Contentions.

Citations to third-party publications are provided as corroborative support; the primary support for each limitation is Defendants' own documentation.

The Accused Products infringe the asserted claim literally and under the doctrine of equivalents. To the extent any limitation is found not to be met literally, that limitation is met under the doctrine of equivalents, because the Accused Products perform substantially the same function, in substantially the same way, to achieve substantially the same result, and/or because the differences between the accused implementation and the claimed limitation are insubstantial.

The asserted claim is directed to a specific, concrete technological implementation rather than to any abstract idea. Claim 1 recites acquiring a system linked item that comprises a physical item together with system linked contact information physically displayed on that physical item, setting personalized action settings comprising personalized information in a computer system through user input, linking those personalized action settings to the system linked contact information, and configuring the computer system so that, in response to user input of one or more action requests representing the system linked contact information, the computer system performs one or more computerized actions defined by the personalized action settings, including retrieving the personalized information and transmitting the personalized information. These limitations require particular physical and computerized components arranged and configured in a particular way, and provide a concrete technical mechanism for associating a physically displayed identifier with personalized information and returning that personalized information in response to an action request.

**Claim 1 (Method)**

*1. A method comprising:*

*acquiring a system linked item comprising a physical item and system linked contact information, the system linked contact information being physically displayed on the physical item;*

*setting personalized action settings comprising personalized information in a computer system, setting the personalized action settings comprising inputting the personalized information into the computer system as user input, the personalized action settings being linked to the system linked contact information in the computer system; and*

– 1 –

*U.S. Patent No. 11,164,054 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

*configuring the computer system to perform a response to user input of each of one or more action requests into the computer system, the one or more action requests representing the system linked contact information, the response to user input of each of one or more action requests comprising one or more computerized actions defined by the personalized action settings, and the one or more computerized actions comprising retrieving the personalized information and transmitting the personalized information in the response to user input of each of one or more action requests.*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| [1(pre)] A method comprising: | Samsung Galaxy smartphones perform methods for scanning and processing machine-readable codes through the native Quick settings panel.<br><br>"Using two fingers, swipe down from the top of your phone's screen to open the Quick settings panel. Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it."<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>Samsung documents the corresponding Camera-app method by which a Galaxy smartphone scans a code and acts on it.<br><br>"To scan a QR code, you usually only need to open the Camera app on your Samsung Galaxy. Point the camera at the QR code and wait for the notification to appear."<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026) | Claim 1 recites a method, and the Accused Products carry out the recited steps in their ordinary and necessary operation. Samsung's own support documentation describes, step by step, methods that Galaxy smartphones perform to scan and act upon machine-readable codes, both through the Quick settings panel and through the Camera app. These are defined, repeatable sequences of operations executed by the device, which supply the method framework within which the remaining limitations of claim 1 are performed. The steps that follow are charted against these same documented Samsung methods.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(a)] acquiring a system linked item comprising a physical item and system linked contact information, the system linked contact information being physically displayed on the physical item; | The Samsung Galaxy smartphone is a physical item.<br><br>"Crafted with an Armor Aluminum frame, fitted with Corning® Gorilla® Glass"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The Galaxy smartphone generates and displays, on its own physical screen, a QR code that encodes the user's contact information.<br><br>"You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The device likewise displays a QR code that encodes system network credentials on its physical screen for another device to | This limitation is met by the acquisition of a system linked item comprising a physical item and system linked contact information physically displayed on that physical item. The Galaxy smartphone is the physical item, an Armor Aluminum and Corning Gorilla Glass device. In ordinary operation the device generates and shows on its physical screen a QR code that encodes the user's contact information, and Samsung documents the corresponding acquisition step in which another device reads that displayed code. The same architecture appears for network credentials displayed as a QR code and for Samsung Home Appliances, which are physical items bearing a machine-readable code recognized when the appliance is acquired into the system. In each instance the physical item carries system linked contact information that is physically displayed on the item, and |

*U.S. Patent No. 11,164,054 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | read.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly."<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>Samsung Home Appliances are physical items that carry a machine-readable code by which the appliance is acquired into the system.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected."<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | the item is acquired by reading that displayed information, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(b)] setting personalized action settings comprising personalized information in a computer system, setting the personalized action settings comprising inputting the personalized information into the computer system as user input, the personalized action settings being linked to the system linked contact information in the computer system; and | The Galaxy smartphone lets the user input personalized information by setting up a profile in the Contacts app.<br><br>"Instead, keep all of your contact info in one place by setting up a profile in the Contacts app."<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>That personalized profile information is what the device shares, linking the user's stored information to the shareable contact code.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time."<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The Galaxy smartphone accepts user input in Settings to establish personalized action settings that govern later device responses.<br><br>"Enable it in Settings under Advanced features for faster control."<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | This limitation is satisfied by the setting of personalized action settings comprising personalized information, entered as user input into a computer system and linked to the system linked contact information. Samsung documents that the user keeps personalized contact information in a profile in the Contacts app of the Galaxy smartphone, entered by the user, and that this stored profile information is precisely what the device later shares. The personalized action settings are thereby linked in the computer system to the system linked contact information that the device displays and shares. Additional Galaxy settings are established through user input in the Settings menu to govern later device responses, and registration of a Samsung Home Appliance accepts user-input personalized naming that links the appliance to the user's system-managed information. In each case personalized information is input by the user and linked in the computer system to the system linked contact information, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs |

*U.S. Patent No. 11,164,054 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
|  | When a Samsung Home Appliance is registered, the user inputs a personalized name that links the appliance to the user's system-managed information.<br><br>"Once the smartphone and home appliance are connected, you can set your own name."<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(c)] configuring the computer system to perform a response to user input of each of one or more action requests into the computer system, | The Galaxy smartphone is configured so that a user's scan request causes the device to perform a response.<br><br>"Navigate to and open the Camera app, and make sure PHOTO is selected at the bottom. Then, position the viewfinder to scan the code."<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>Samsung documents that the configured device performs an action in response to the user's scan, with the action following from the scanned code.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download."<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>The Galaxy smartphone is configured to perform a defined response to user text input as an action request.<br><br>"After typing 'Make this his birthday party', the Generate button is pressed."<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | This limitation is met because the computer system is configured to perform a response to user input of each of one or more action requests. Samsung's documentation shows the Galaxy smartphone configured so that a user's request to scan a code, entered through the Camera app or the Quick settings panel, causes the device to perform a response, and it confirms that a response follows from each such action request. The device is likewise configured to perform a defined response to user input entered as an action request through other interfaces. This configuration to receive an action request as user input and to perform a corresponding response is the ordinary and necessary operation of the Accused Products and satisfies the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(c)(i)] the one or more action requests representing the system linked contact information, | The user's scan action request reads the displayed contact code, and thus represents the system linked contact information encoded in it.<br><br>"Then, using the other device, open the Contacts app. Tap | This limitation is satisfied because each action request represents the system linked contact information. The user's scan of the displayed contact QR code is an action request that reads, and therefore represents, the contact |

– 4 –

*U.S. Patent No. 11,164,054 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | More options (the three vertical dots), and then tap Scan QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>Across the SmartThings ecosystem the action request is the scan of a code that represents the linked device information.<br><br>"Scan the SmartThings QR code and connect your smart devices."<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>For a Samsung Home Appliance the action request is the recognition of the appliance's code, representing the linked appliance information.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected."<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | information encoded in that code, as Samsung documents in describing how a second device scans the contact code in the Contacts app. The same relationship holds across the accused ecosystem, where the action request is the scan of a SmartThings code representing the linked device, and where the recognition of a Home Appliance's code is an action request representing that appliance's linked information. In every instance the action request represents the system linked contact information carried by the displayed code, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(c)(ii)] the response to user input of each of one or more action requests comprising one or more computerized actions defined by the personalized action settings, | Samsung documents that the computerized action performed on a scan is defined by the content the user configured into the scanned code.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download."<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>For a network-credential code the computerized action is the connection defined by the credentials the user set.<br><br>"Ask the guest to scan the QR code using their Android smartphone. Their device will automatically connect to your Wi-Fi network."<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026) | This limitation is met because the response to each action request comprises one or more computerized actions defined by the personalized action settings. Samsung documents that the computerized action following a scan is determined by the content the user placed into the scanned code, so that the action varies with the personalized information and settings the user configured. For a network-credential code, the computerized action is an automatic connection defined by the credentials the user set; within SmartThings, the computerized response controls the connected product according to the user's personalized configuration. Because the computerized action performed in the response is governed by the personalized action settings the user established, the limitation is satisfied.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same |

U.S. Patent No. 11,164,054 - Exemplary Claim 1 - Samsung Galaxy Smartphones

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | Within SmartThings the computerized response controls the connected product according to the user's personalized configuration.<br><br>"The SmartThings app lets you control and monitor your product right from your phone."<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | way, to achieve substantially the same result as the claimed element. |
| [1(c)(iii)] and the one or more computerized actions comprising retrieving the personalized information and transmitting the personalized information in the response to user input of each of one or more action requests. | The Galaxy smartphone retrieves the user's stored profile information and transmits it to others in response to the sharing action.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time."<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>In response to a scan the device retrieves the encoded network details and transmits a connection using them.<br><br>"The QR code contains encrypted network details, ensuring secure and instant connection without exposing your Wi-Fi password."<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>The hotspot code carries the connection information that is retrieved and used to connect the requesting device.<br><br>"Scan the QR Code to connect from another device without having to enter the password"<br><br>https://www.samsung.com/au/support/mobile-devices/use-qr-code-for-mobile-hotspot/ (last visited August 5, 2026)<br><br>Samsung Home Appliances retrieve and transmit personalized information to the user in the resulting responses.<br><br>"AI Home recommends personalized recipes, videos, and access to your favorite apps."<br><br>https://www.samsung.com/us/home-appliances/bespoke-home/ (last visited August 5, 2026) | This limitation is satisfied because the computerized actions comprise retrieving the personalized information and transmitting the personalized information in the response. Samsung documents that the Galaxy smartphone retrieves the user's stored personalized profile information and shares, that is, transmits, it to others in response to the sharing action request. When a displayed network-credential or hotspot code is scanned, the device retrieves the personalized information encoded in the code and transmits it to establish the connection. Samsung Home Appliances retrieve and transmit personalized information to the user in the resulting responses. In each instance the response to the user's action request comprises retrieving the personalized information and transmitting that personalized information, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |