# EXHIBIT H TO COMPLAINT

## Claim Chart of Claim 13 of U.S. Pat. No. 11,630,976 Against Accused Product Samsung Galaxy Smartphones

## CRISPERA J1 ASSETS LLC v. SAMSUNG

*U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones*

# EXHIBIT H

## CLAIM CHART

### U.S. Patent No. 11,630,976 - System linked item

Exemplary Claim 13 - Representative Accused Product: Samsung Galaxy Smartphones

*Crispera J1 Assets LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

This claim chart is preliminary. Crispera J1 Assets LLC reserves the right to supplement, amend, or modify these contentions as discovery proceeds, as claim construction is resolved, and as additional information regarding the Accused Products becomes available. The absence of a citation for any limitation does not constitute an admission, and the citations herein are exemplary rather than exhaustive.

The products and features identified herein are representative of the Accused Products. Where a specific model, application, or version is cited, that citation is exemplary; the same or materially similar functionality is present across the Samsung product lines identified below, and each representative citation applies equally to other models and versions that share the cited functionality.

The Accused Products include all products and services made, used, tested, sold, offered for sale, imported, or distributed by or on behalf of Defendants that practice one or more claims of the asserted patent and that infringe in the same general way, including without limitation Samsung Galaxy Smartphones, Samsung Smart TVs, Samsung Home Appliances, the SmartThings application and platform, Samsung Account services, Samsung Wallet, Samsung Digital Key, Galaxy SmartTags, Samsung Smart Switch, and Samsung mobile hotspot and tethering functionality, together with all associated code-generation, code-scanning, registration, invitation, authentication, and account-linked response functionality that operates with any of the foregoing. Plaintiff reserves the right to identify additional Accused Products through its Disclosure of Asserted Claims and Infringement Contentions.

Citations to third-party publications are provided as corroborative support; the primary support for each limitation is Defendants' own documentation.

The Accused Products infringe the asserted claim literally and under the doctrine of equivalents. To the extent any limitation is found not to be met literally, that limitation is met under the doctrine of equivalents, because the Accused Products perform substantially the same function, in substantially the same way, to achieve substantially the same result, and/or because the differences between the accused implementation and the claimed limitation are insubstantial.

Defendants use the patented system by putting it into service, controlling the system as a whole, and obtaining benefit from it. Defendants design and supply the Accused Products that generate and scan the codes, operate the Samsung Account and SmartThings services that hold the action settings and generate the responsive information, and obtain the benefit of code-based registration, account linking, and continuing service relationships each time the system operates.

The asserted claim is directed to a specific, concrete technological implementation rather than to any abstract idea. Claim 13 recites a linked item system comprising a physical item that displays system linked contact information and a computer system configured to verify a user access request by verifying that data from the request is linked to the system linked contact information, to permit and receive, in response to that verification, a user input request that sets personalized action settings comprising personalized information linked to the system linked contact information, to set those personalized action settings, to receive user input representing the system linked contact information, and, in response, to perform one or more personalized computerized actions defined by the personalized action settings that comprise retrieving the personalized information and transmitting the personalized information. These limitations require particular physical and computerized components arranged and configured in a particular way, and provide a concrete technical mechanism for gating access to personalized settings through a verified association with a physically displayed identifier and for returning personalized information in response to that identifier.

**Claim 13 (System)**

*13. A linked item system comprising:*

*a system linked item comprising a physical item displaying system linked contact information; and*

*U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones*

*a computer system configured to perform the following acts:*

*verifying a user access request in the computer system, the verifying comprising verifying that data from the user access request is linked to the system linked contact information in the computer system;*

*in response to the verifying, permitting a user input request to set personalized action settings in the computer system, the personalized action settings comprising personalized information;*

*receiving the user input request to set personalized action settings in the computer system, the personalized action settings being linked to the system linked contact information in the computer system, and the user input request comprising the personalized information;*

*setting the personalized action settings in the computer system in response to receiving the request to set the personalized action settings in the computer system;*

*receiving user input representing the system linked contact information in the computer system; and*

*in response to receiving the system linked contact information in the computer system, performing one or more personalized computerized actions defined by the personalized action settings, the one or more personalized computerized actions comprising retrieving the personalized information and transmitting the personalized information in response to receiving the system linked contact information in the computer system.*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| [13(pre)] A linked item system comprising: | The Accused Products form a linked item system built around a physical Samsung Galaxy device.<br><br>"Crafted with an Armor Aluminum frame, fitted with Corning® Gorilla® Glass"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The system links devices and products together through the SmartThings application that operates with the Galaxy device.<br><br>"The SmartThings app lets you control and monitor your product right from your phone"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | Claim 13 recites a linked item system, and the Accused Products constitute such a system in their ordinary and necessary operation. The system is built around a physical Samsung Galaxy device, an Armor Aluminum and Corning Gorilla Glass handset, that operates together with the SmartThings application and the Samsung Account. Samsung documents that the SmartThings application links the user's products so that they can be controlled and monitored from the phone, tying the physical devices, the displayed machine-readable codes, and the associated Samsung accounts and services into a single linked item system. This linked system supplies the framework within which the remaining limitations of claim 13 are performed, and the limitations that follow are charted against the same documented Samsung system.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(a)] a system linked item comprising a physical item displaying system linked contact information; and | The Samsung Galaxy smartphone is a physical item.<br><br>"Crafted with an Armor Aluminum frame, fitted with | This limitation is met by a system linked item comprising a physical item that displays system linked contact information. The Galaxy smartphone is the |

*U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
|  | Corning® Gorilla® Glass"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The Galaxy smartphone displays, on its own physical screen, a QR code that encodes the user's contact information.<br><br>"You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The device likewise displays a QR code that encodes system network credentials on its physical screen for another device to read.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>Samsung Home Appliances are physical items bearing a machine-readable code that carries the linked information by which the appliance joins the system.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | physical item, an Armor Aluminum and Corning Gorilla Glass device. In ordinary operation the device generates and shows on its physical screen a QR code that encodes the user's contact information, which another device reads. The same architecture appears where the device displays a QR code encoding system network credentials on its screen, and for Samsung Home Appliances, which are physical items bearing a machine-readable code recognized when the appliance joins the system. In each instance the physical item displays system linked contact information, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(b)] a computer system configured to perform the following acts: | The Accused Products include a computer system, the SmartThings application and associated services, configured to control and monitor the linked products.<br><br>"The SmartThings app lets you control and monitor your product right from your phone"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>The Galaxy device is configured to perform defined acts on machine-readable codes through its native software. | This limitation is satisfied by a computer system configured to perform the recited acts. The Accused Products include the Galaxy device together with the SmartThings application, the Samsung Account, and the associated Samsung services, which Samsung documents as configured to control and monitor the user's linked products from the phone. The Galaxy device is further configured, through its native software, to perform defined acts on machine-readable codes, including opening a scanning window from the Quick |

U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | "Using two fingers, swipe down from the top of your phone's screen to open the Quick settings panel. Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it"<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026) | settings panel and automatically reading a code. This configured computer system carries out, in its ordinary and necessary operation, the verifying, permitting, receiving, setting, and performing acts recited in the limitations that follow, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(c)] verifying a user access request in the computer system, the verifying comprising verifying that data from the user access request is linked to the system linked contact information in the computer system; | The computer system verifies a user access request by verifying the user's Samsung Account login, which is linked to the user's account and contact information.<br><br>"If you're logged in to your Samsung account on your Galaxy phone, you can log in to your TV with the same account"<br><br>https://www.samsung.com/levant/support/tv-audio-video/setting-up-your-samsung-tv-using-your-samsung-account/ (last visited August 5, 2026)<br><br>Samsung documents that access is granted by entering and verifying Samsung Account credentials, which carry the data linked to the user's information.<br><br>"Log in to the TV by entering your Samsung account credentials on your phone"<br><br>https://www.samsung.com/levant/support/tv-audio-video/setting-up-your-samsung-tv-using-your-samsung-account/ (last visited August 5, 2026)<br><br>When the user connects, the computer system links and registers the product to the verified account.<br><br>"Your product is automatically registered when you connect with SmartThings"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | This limitation is met because the computer system verifies a user access request and, in doing so, verifies that data from the request is linked to the system linked contact information. Samsung documents that access to the linked system is obtained through a Samsung Account login: the user is logged in to a Samsung account on the Galaxy phone, and the same verified account grants access across the linked devices. Access is granted by entering and verifying Samsung Account credentials, which supply the data from the user access request. That verified account is the account to which the user's stored contact information and personalized settings are linked in the computer system, and Samsung documents that the user's product is automatically registered to the account upon connection. In its ordinary and necessary operation the computer system therefore verifies the access request by verifying that the credential data from the request is linked to the system linked contact information, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(d)] in response to the verifying, | In response to completing verified sign-in, the computer | This limitation is satisfied because, in response to the |

– 4 –

*U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| permitting a user input request to set personalized action settings in the computer system, the personalized action settings comprising personalized information; | system permits the user to access and use its features and settings.<br><br>"Once the settings are complete, you can use apps and smart features"<br><br>https://www.samsung.com/levant/support/tv-audio-video/setting-up-your-samsung-tv-using-your-samsung-account/ (last visited August 5, 2026)<br><br>Once the verified connection is established, the system permits the user to input a personalized setting for the linked item.<br><br>"Once the smartphone and home appliance are connected, you can set your own name"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026)<br><br>Following connection the system permits the user to control and configure the linked products from the phone.<br><br>"The SmartThings app lets you control and monitor your product right from your phone"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | verifying, the computer system permits a user input request to set personalized action settings comprising personalized information. Samsung documents that once verified sign-in is complete the user is permitted to use the apps and smart features of the system, and that once a linked item is connected to the verified account the user is permitted to input a personalized setting for that item, such as setting the item's own name. Following the verified connection the system permits the user to control and configure the linked products from the phone. The permission to input and set personalized action settings comprising personalized information thus follows from, and is granted in response to, the verification of the user's access, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(e)] receiving the user input request to set personalized action settings in the computer system, the personalized action settings being linked to the system linked contact information in the computer system, and the user input request comprising the personalized information; | The Galaxy device receives the user's input of personalized information by setting up a profile in the Contacts app.<br><br>"Instead, keep all of your contact info in one place by setting up a profile in the Contacts app"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>That personalized profile information the user inputs is the information later linked to and shared through the contact code.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The system receives the user's input of a personalized name for a connected linked item. | This limitation is met because the computer system receives the user input request to set personalized action settings, where the settings are linked to the system linked contact information and the request comprises the personalized information. Samsung documents that the user inputs personalized information by setting up a profile in the Contacts app of the Galaxy device, keeping the user's contact information in one place, and that this profile information is precisely what the device later shares through the contact code. The personalized action settings are thereby linked in the computer system to the system linked contact information the device displays and shares. The system likewise receives the user's input of a personalized name for a connected linked item. In each case the received user input request comprises the personalized information and establishes personalized action settings linked to the system linked contact |

*U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
|  | "Once the smartphone and home appliance are connected, you can set your own name"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | information, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(f)] setting the personalized action settings in the computer system in response to receiving the request to set the personalized action settings in the computer system; | In response to the user's input, the computer system sets and stores the personalized profile information in the Contacts app.<br><br>"Instead, keep all of your contact info in one place by setting up a profile in the Contacts app"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>In response to the user's input, the system sets the personalized name of the connected linked item.<br><br>"Once the smartphone and home appliance are connected, you can set your own name"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026)<br><br>The Galaxy device sets user-selected personalized action settings established through its Settings menu.<br><br>"Enable it in Settings under Advanced features for faster control"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | This limitation is satisfied because the computer system sets the personalized action settings in response to receiving the request to set them. Samsung documents that when the user sets up a profile in the Contacts app the device keeps and stores the user's contact information in one place, establishing the personalized action settings in response to the user's input. In response to the user's input for a connected linked item, the system sets the item's personalized name. The Galaxy device further sets user-selected personalized action settings established through its Settings menu to govern the device's later responses. In each instance the computer system sets the personalized action settings in response to receiving the user's request to set them, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(g)] receiving user input representing the system linked contact information in the computer system; and | The computer system receives user input representing the system linked contact information by scanning the displayed code from the Quick settings panel.<br><br>"Using two fingers, swipe down from the top of your phone's screen to open the Quick settings panel. Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it"<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ | This limitation is met because the computer system receives user input representing the system linked contact information. Samsung documents that the system reads the displayed machine-readable code as user input, both by opening a scanning window from the Quick settings panel and automatically reading the code, and by using the Camera app to scan the code and act on it. Where the displayed code is a contact code, Samsung documents that the receiving device scans the code in |

– 6 –

*U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | (last visited August 5, 2026)<br><br>The system also receives that input through the Camera app, which reads the displayed code.<br><br>"To scan a QR code, you usually only need to open the Camera app on your Samsung Galaxy. Point the camera at the QR code and wait for the notification to appear"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>For a displayed contact code, the receiving device scans the code in the Contacts app, taking in the represented contact information.<br><br>"Then, using the other device, open the Contacts app. Tap More options (the three vertical dots), and then tap Scan QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026) | the Contacts app, taking in the represented contact information. In each case the user input received by the computer system is the reading of the displayed code, which represents the system linked contact information encoded in it, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [13(h)] in response to receiving the system linked contact information in the computer system, performing one or more personalized computerized actions defined by the personalized action settings, the one or more personalized computerized actions comprising retrieving the personalized information and transmitting the personalized information in response to receiving the system linked contact information in the computer system. | In response to the sharing action, the computer system retrieves the user's stored personalized profile information and transmits it to others.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>In response to a scan of a displayed credential code, the system retrieves the encoded personalized information and transmits it to establish the connection.<br><br>"The QR code contains encrypted network details, ensuring secure and instant connection without exposing your Wi-Fi password"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>The computerized action performed in response is defined by the personalized information the user configured into the | This limitation is satisfied because, in response to receiving the system linked contact information, the computer system performs one or more personalized computerized actions defined by the personalized action settings, comprising retrieving and transmitting the personalized information. Samsung documents that the Galaxy device retrieves the user's stored personalized profile information and shares, that is, transmits, it to others in response to the sharing action. When a displayed credential code is scanned, the device retrieves the personalized information encoded in the code and transmits it to establish the connection. Samsung documents that the action performed varies with the content the user configured into the scanned code, so that the personalized computerized action is defined by the personalized action settings, and that the system performs personalized computerized actions that retrieve and return the user's personalized information. In each instance the response comprises retrieving the personalized information and transmitting the |

*U.S. Patent No. 11,630,976 - Exemplary Claim 13 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | scanned code.<br><br>"The notification and the actions that follow may vary depending on the QR code"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>The system performs personalized computerized actions that retrieve and return the user's personalized information.<br><br>"AI Home recommends personalized recipes, videos, and access to your favorite apps"<br><br>https://www.samsung.com/us/home-appliances/bespoke-home/ (last visited August 5, 2026) | personalized information, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |