# EXHIBIT I TO COMPLAINT

## Claim Chart of Claim 23 of U.S. Pat. No. 11,783,147 Against Accused Product Samsung Galaxy Smartphones

## CRISPERA J1 ASSETS LLC v. SAMSUNG

*U.S. Patent No. 11,783,147 - Exemplary Claim 23 - Samsung Galaxy Smartphones*

# EXHIBIT I

## CLAIM CHART

### U.S. Patent No. 11,783,147 - System linked item

Exemplary Claim 23 - Representative Accused Product: Samsung Galaxy Smartphones

*Crispera J1 Assets LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

This claim chart is preliminary. Crispera J1 Assets LLC reserves the right to supplement, amend, or modify these contentions as discovery proceeds, as claim construction is resolved, and as additional information regarding the Accused Products becomes available. The absence of a citation for any limitation does not constitute an admission, and the citations herein are exemplary rather than exhaustive.

The products and features identified herein are representative of the Accused Products. Where a specific model, application, or version is cited, that citation is exemplary; the same or materially similar functionality is present across the Samsung product lines identified below, and each representative citation applies equally to other models and versions that share the cited functionality.

The Accused Products include all products and services made, used, tested, sold, offered for sale, imported, or distributed by or on behalf of Defendants that practice one or more claims of the asserted patent and that infringe in the same general way, including without limitation Samsung Galaxy Smartphones, Samsung Smart TVs, Samsung Home Appliances, the SmartThings application and platform, Samsung Account services, Samsung Wallet, Samsung Digital Key, Galaxy SmartTags, Samsung Smart Switch, and Samsung mobile hotspot and tethering functionality, together with all associated code-generation, code-scanning, registration, invitation, authentication, and account-linked response functionality that operates with any of the foregoing. Plaintiff reserves the right to identify additional Accused Products through its Disclosure of Asserted Claims and Infringement Contentions.

Citations to third-party publications are provided as corroborative support; the primary support for each limitation is Defendants' own documentation.

The Accused Products infringe the asserted claim literally and under the doctrine of equivalents. To the extent any limitation is found not to be met literally, that limitation is met under the doctrine of equivalents, because the Accused Products perform substantially the same function, in substantially the same way, to achieve substantially the same result, and/or because the differences between the accused implementation and the claimed limitation are insubstantial.

The asserted claim is directed to a specific, concrete technological implementation rather than to any abstract idea. Claim 23 recites a method that provides a system linked item comprising a physical item, the physical item comprising system linked contact information comprising a scannable code; receives, via a computer system, a user input request to set customized action settings linked to the system linked contact information, the user input request comprising customized information; sets the customized action settings by associating them with a services-account in the computer system, the customized action settings comprising the customized information; receives user input representing the system linked contact information by scanning the scannable code; and, in response, performs one or more customized computerized actions defined by the customized action settings, comprising retrieving and transmitting derived information derived from the customized information. These steps require particular physical and computerized components arranged and configured in a particular way, and provide a concrete technical mechanism for associating a physically displayed, scannable identifier with customized settings and returning derived information in response to a scan.

**Claim 23 (Method)**

*23. A method comprising:*

*providing a system linked item comprising a physical item, the physical item comprising system linked contact information, the system linked contact information comprising a scannable code;*

*performing the following acts via a computer system:*

*receiving a user input request to set customized action settings in the computer system, the customized action settings being linked to the system linked contact information in the computer system, and the user input request comprising customized information;*

*U.S. Patent No. 11,783,147 - Exemplary Claim 23 - Samsung Galaxy Smartphones*

*setting the customized action settings in the computer system in response to receiving the user input request to set the customized action settings in the computer system, the setting of the customized action settings comprising associating the customized action settings with a services-account in the computer system, the customized action settings comprising the customized information;*

*receiving user input representing the system linked contact information in the computer system, the receiving of the user input representing the system linked contact information in the computer system comprising scanning the scannable code; and*

*in response to receiving the system linked contact information in the computer system, performing one or more customized computerized actions defined by the customized action settings, the one or more customized computerized actions comprising retrieving and transmitting derived information in response to receiving the system linked contact information in the computer system, the derived information being derived from the customized information.*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| [23(pre)] A method comprising: | Samsung Galaxy smartphones perform a documented method for scanning and acting upon machine-readable codes through the Quick settings panel.<br><br>"Using two fingers, swipe down from the top of your phone's screen to open the Quick settings panel. Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it."<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>Samsung documents the corresponding Camera-app method the Galaxy smartphone performs to scan a code and act on the result.<br><br>"Point the camera at the QR code and wait for the notification to appear."<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>Across the SmartThings ecosystem the same computerized method controls and monitors the connected Accused Products.<br><br>"The SmartThings app lets you control and monitor your product right from your phone."<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | Claim 23 recites a method, and the Accused Products carry out the recited steps in their ordinary and necessary operation. Samsung's own support documentation describes, step by step, defined and repeatable methods that the Galaxy smartphone performs to scan and act upon machine-readable codes, both through the Quick settings panel and through the Camera app. The same computerized method operates across the SmartThings ecosystem to control and monitor the connected Accused Products. These documented sequences of operations supply the method framework within which the remaining steps of claim 23 are performed, and the steps that follow are charted against these same documented Samsung methods.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [23(a)] providing a system linked item comprising a physical item, the physical item comprising system linked contact information, the system linked contact information comprising a scannable code; | The Samsung Galaxy smartphone is a physical item.<br><br>"Crafted with an Armor Aluminum frame, fitted with Corning® Gorilla® Glass and engineered for water resistance"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | This limitation is met by the provision of a system linked item comprising a physical item, the physical item comprising system linked contact information comprising a scannable code. The Galaxy smartphone is the physical item, an Armor Aluminum and Corning Gorilla Glass device. In ordinary operation the Galaxy |

*U.S. Patent No. 11,783,147 - Exemplary Claim 23 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | The Galaxy smartphone provides, on its own physical screen, a scannable code that encodes the user's system linked contact information.<br><br>"You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The device likewise provides a scannable code that carries system network credentials as system linked contact information for another device to read.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly."<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>Samsung Home Appliances are physical items that carry a scannable code recognized when the appliance is provided into the system.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected."<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | smartphone provides, on its own physical screen, a QR code that encodes the user's contact information, which is the system linked contact information, and the code is a scannable code. The same architecture appears where the device provides a scannable code carrying system network credentials, and for Samsung Home Appliances, which are physical items bearing a scannable code recognized when the appliance is provided into the system. In each instance a physical item is provided that comprises system linked contact information comprising a scannable code, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [23(b)] performing the following acts via a computer system: | The Galaxy smartphone is a computer system that performs an action in response to the scanned code.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download."<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>The SmartThings computer system performs the acts that control and monitor the connected Accused Products.<br><br>"The SmartThings app lets you control and monitor your product right from your phone." | This limitation is met because the recited acts are performed via a computer system. Samsung documents the Galaxy smartphone as a computer system that performs an action in response to a scanned code, with the action following from the content of the code. The SmartThings application is a computer system that performs the acts that control and monitor the connected Accused Products from the user's phone, and the Samsung account is a computer system that performs the account acts required to set up and operate a Samsung Smart TV. Each of the steps that follow in claim 23 is performed by one of these documented Samsung computer systems, in their ordinary and necessary operation, satisfying the limitation. |

U.S. Patent No. 11,783,147 - Exemplary Claim 23 - Samsung Galaxy Smartphones

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>The Samsung account computer system performs the account acts required to set up and operate a Samsung Smart TV.<br><br>"While setting up your TV for the first time, you will need to log in to your Samsung account to finish the initial setup."<br><br>https://www.samsung.com/levant/support/tv-audio-video/setting-up-your-samsung-tv-using-your-samsung-account/ (last visited August 5, 2026) | To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [23(c)] receiving a user input request to set customized action settings in the computer system, the customized action settings being linked to the system linked contact information in the computer system, and the user input request comprising customized information; | The Galaxy smartphone receives the user's request to set customized action information by having the user set up a profile of contact information.<br><br>"Instead, keep all of your contact info in one place by setting up a profile in the Contacts app."<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>That customized profile information is linked in the computer system to the contact code the device later shares.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time."<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The Galaxy smartphone receives user input in Settings to establish customized action settings that govern later device responses.<br><br>"Enable it in Settings under Advanced features for faster control."<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>When a Samsung Home Appliance is registered, the computer system receives the user's input of a customized name for the appliance.<br><br>"Once the smartphone and home appliance are connected, you can set your own name."<br><br>https://www.samsung.com/latin_en/support/apps-services/how- | This limitation is satisfied because the computer system receives a user input request to set customized action settings, the request comprising customized action information, and the settings are linked to the system linked contact information. Samsung documents that the user keeps customized contact information in a profile in the Contacts app of the Galaxy smartphone, entered as user input, and that this stored profile information is precisely what the device later shares through the contact code, linking the customized action settings to the system linked contact information in the computer system. Additional customized action settings are established through user input in the Settings menu, and registration of a Samsung Home Appliance receives the user's input of a customized name for the appliance. In each case the computer system receives a user input request that comprises customized action information and sets customized action settings linked to the system linked contact information, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |

*U.S. Patent No. 11,783,147 - Exemplary Claim 23 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | |
| [23(d)] setting the customized action settings in the computer system in response to receiving the user input request to set the customized action settings in the computer system, the setting of the customized action settings comprising associating the customized action settings with a services-account in the computer system, the customized action settings comprising the customized information; | Setting up and operating a Samsung Smart TV associates the customized settings with the user's Samsung account, which is the services-account.<br><br>"While setting up your TV for the first time, you will need to log in to your Samsung account to finish the initial setup."<br><br>https://www.samsung.com/levant/support/tv-audio-video/setting-up-your-samsung-tv-using-your-samsung-account/ (last visited August 5, 2026)<br><br>The SmartThings computer system requires a Samsung account with which the connected products and their customized settings are associated.<br><br>"Requires wireless network, Samsung account and SmartThings App"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>Registration of a Samsung Home Appliance sets a customized name for the appliance in the connected computer system.<br><br>"Once the smartphone and home appliance are connected, you can set your own name."<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026)<br><br>The customized information set as the customized action settings is the user's contact profile kept in the Contacts app.<br><br>"Instead, keep all of your contact info in one place by setting up a profile in the Contacts app."<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026) | This limitation is satisfied because the customized action settings are set in response to the user input request, and the setting comprises associating the customized action settings with a services-account, the settings comprising the customized information. Samsung documents that setting up and operating a Samsung Smart TV associates the user's settings with the user's Samsung account, and that the SmartThings computer system requires a Samsung account with which the connected products and their customized settings are associated; the Samsung account is the services-account in the computer system. Registration of a Samsung Home Appliance sets a customized name for the appliance in that same connected computer system, and the customized information set as the customized action settings is the user's contact profile kept in the Contacts app. Because the computer system sets the customized action settings by associating them with the Samsung account services-account and the settings comprise the customized information, the limitation is met.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [23(e)] receiving user input representing the system linked contact information in the computer system, the receiving of the user input representing the system linked contact information in the computer system comprising scanning the scannable | The computer system receives user input representing the system linked contact information by scanning the displayed contact code.<br><br>"Then, using the other device, open the Contacts app. Tap More options (the three vertical dots), and then tap Scan QR code" | This limitation is satisfied because the computer system receives user input representing the system linked contact information, and that receiving comprises scanning the scannable code. Samsung documents that a second device scans the displayed contact QR code from the Contacts app, so the computer system receives user |

*U.S. Patent No. 11,783,147 - Exemplary Claim 23 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| code; and | https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The Galaxy smartphone receives the scan of a scannable code through the Quick settings panel.<br><br>"Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it."<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>Within SmartThings the computer system receives user input by scanning the SmartThings scannable code that represents the linked device information.<br><br>"Scan the SmartThings QR code and connect your smart devices."<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>For a Samsung Home Appliance the computer system receives user input by scanning the appliance's scannable code.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected."<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | input representing the system linked contact information encoded in that code by scanning the scannable code. The same relationship holds where the Galaxy smartphone receives a scan through the Quick settings panel, where the SmartThings computer system receives user input by scanning the SmartThings code that represents the linked device information, and where a Samsung Home Appliance's scannable code is recognized. In every instance the receiving of the user input representing the system linked contact information comprises scanning the scannable code, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [23(f)] in response to receiving the system linked contact information in the computer system, performing one or more customized computerized actions defined by the customized action settings, the one or more customized computerized actions comprising retrieving and transmitting derived information in response to receiving the system linked contact information in the computer system, the derived information being derived from the customized information. | In response to the scan, the Galaxy smartphone retrieves the user's stored profile information and transmits it, the transmitted information being derived from the customized information.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time."<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>Samsung documents that the customized computerized action performed on a scan is defined by the content the user configured into the scanned code.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file | This limitation is satisfied because, in response to receiving the system linked contact information, the computer system performs one or more customized computerized actions defined by the customized action settings, comprising retrieving and transmitting derived information derived from the customized information. Samsung documents that, in response to the scan, the Galaxy smartphone retrieves the user's stored profile information and transmits it to others, and that the customized computerized action performed on a scan is defined by the content the user configured into the scanned code. When a network-credential or hotspot code is scanned, the computer system retrieves the derived network details and transmits a connection using them. The transmitted information is derived from the customized information the user set, and the action |

*U.S. Patent No. 11,783,147 - Exemplary Claim 23 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | download." https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>In response to scanning a network-credential code the computer system retrieves the derived network details and transmits a connection using them.<br><br>"The QR code contains encrypted network details, ensuring secure and instant connection without exposing your Wi-Fi password."<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>The hotspot code carries the derived connection information that is retrieved and used to connect the requesting device in response to the scan.<br><br>"Scan the QR Code to connect from another device without having to enter the password"<br><br>https://www.samsung.com/au/support/mobile-devices/use-qr-code-for-mobile-hotspot/ (last visited August 5, 2026) | performed is defined by the customized action settings. Because the response comprises retrieving and transmitting derived information derived from the customized information, the limitation is met.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |