# EXHIBIT J TO COMPLAINT

## Claim Chart of Claim 29 of U.S. Pat. No. 12,093,760 Against Accused Product Samsung Galaxy Smartphones

## CRISPERA J1 ASSETS LLC v. SAMSUNG

*U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones*

## EXHIBIT J

### CLAIM CHART

**U.S. Patent No. 12,093,760 - System linked item**

Exemplary Claim 29 - Representative Accused Product: Samsung Galaxy Smartphones

*Crispera J1 Assets LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

This claim chart is preliminary. Crispera J1 Assets LLC reserves the right to supplement, amend, or modify these contentions as discovery proceeds, as claim construction is resolved, and as additional information regarding the Accused Products becomes available. The absence of a citation for any limitation does not constitute an admission, and the citations herein are exemplary rather than exhaustive.

The products and features identified herein are representative of the Accused Products. Where a specific model, application, or version is cited, that citation is exemplary; the same or materially similar functionality is present across the Samsung product lines identified below, and each representative citation applies equally to other models and versions that share the cited functionality.

The Accused Products include all products and services made, used, tested, sold, offered for sale, imported, or distributed by or on behalf of Defendants that practice one or more claims of the asserted patent and that infringe in the same general way, including without limitation Samsung Galaxy Smartphones, Samsung Smart TVs, Samsung Home Appliances, the SmartThings application and platform, Samsung Account services, Samsung Wallet, Samsung Digital Key, Galaxy SmartTags, Samsung Smart Switch, and Samsung mobile hotspot and tethering functionality, together with all associated code-generation, code-scanning, registration, invitation, authentication, and account-linked response functionality that operates with any of the foregoing. Plaintiff reserves the right to identify additional Accused Products through its Disclosure of Asserted Claims and Infringement Contentions.

Citations to third-party publications are provided as corroborative support; the primary support for each limitation is Defendants' own documentation.

The Accused Products infringe the asserted claim literally and under the doctrine of equivalents. To the extent any limitation is found not to be met literally, that limitation is met under the doctrine of equivalents, because the Accused Products perform substantially the same function, in substantially the same way, to achieve substantially the same result, and/or because the differences between the accused implementation and the claimed limitation are insubstantial.

Defendants use the patented system by putting it into service, controlling the system as a whole, and obtaining benefit from it. Defendants design and supply the Accused Products, operate the Samsung Account and SmartThings services that hold the customized action settings and generate the derived information upon a scan, and obtain the benefit of code-based registration, account linking, and continuing service relationships each time the system operates.

The asserted claim is directed to a specific, concrete technological implementation rather than to any abstract idea. Claim 29 recites a linked item system comprising a system linked item that comprises system linked contact information, the system linked contact information comprising a scannable code, together with a computer system configured to set customized action settings comprising customized information received into the computer system as user input and linked to the system linked contact information, and further configured to perform, in response to user input of one or more action requests that comprise scanning the scannable code and that represent the system linked contact information, one or more computerized actions defined by the customized action settings, the one or more computerized actions comprising retrieving and transmitting derived information that is derived from the customized information. These limitations require particular physical and computerized components arranged and configured in a particular way, and provide a concrete technical mechanism for associating a scannable code with customized information and for returning derived information in response to an action request.

**Claim 29 (System)**

*29. A linked item system comprising:*

*a system linked item comprising system linked contact information, the system linked contact information comprising a scannable code; and*

U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones

*a computer system configured to perform the following acts:*

*setting customized action settings comprising customized information in the computer system, setting the customized action settings comprising receiving the customized information into the computer system as user input, the customized action settings being linked to the system linked contact information in the computer system; and*

*configuring the computer system to perform a response to user input of each of one or more action requests into the computer system, the user input of at least one of the one or more action requests comprising scanning the scannable code, the one or more action requests representing the system linked contact information, the response to user input of each of the one or more action requests comprising one or more computerized actions defined by the customized action settings, and the one or more computerized actions comprising retrieving and transmitting derived information in the response to user input of each of the one or more action requests, the derived information being derived from the customized information.*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| [29(pre)] A linked item system comprising: | Samsung provides a linked item system in which items are linked together through the SmartThings platform by scanning a code.<br><br>"Scan the SmartThings QR code and connect your smart devices"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>The linked item system is operated and coordinated from the Samsung Galaxy smartphone, which controls and monitors the linked products.<br><br>"The SmartThings app lets you control and monitor your product right from your phone"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>The Samsung Galaxy smartphone is a physical component of the system.<br><br>"Crafted with an Armor Aluminum frame, fitted with Corning® Gorilla® Glass"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | Claim 29 recites a linked item system, and the Accused Products together constitute such a system in their ordinary and necessary operation. Samsung documents that its products are linked together into a single controllable system through the SmartThings platform, where a user scans a code to connect the smart devices and thereafter controls and monitors those linked products from the Samsung Galaxy smartphone. The Galaxy smartphone, Samsung Smart TVs, Samsung Home Appliances, and Galaxy SmartTags are joined in this manner, and the smartphone is the physical component from which the linked system is coordinated. The system so formed supplies the linked item system framework within which the remaining limitations of claim 29 are met, including the system linked item, the scannable code, and the computer system charted below.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(a)] a system linked item comprising system linked contact information, the system linked contact information comprising a scannable code; and | A Samsung Galaxy smartphone is a system linked item whose contact information is embodied in a scannable code.<br><br>"You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ | This limitation is satisfied because each system linked item comprises system linked contact information, and that system linked contact information comprises a scannable code. Samsung documents that a Galaxy smartphone embodies a user's contact information in a QR code, a scannable code, that another device reads to obtain the contact. The same architecture appears for |

U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | (last visited August 5, 2026)<br><br>The system likewise embodies its network-credential information in a scannable code carried by the device.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>A Samsung Home Appliance is a system linked item that carries a scannable code by which it is connected into the system.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026)<br><br>Across the SmartThings ecosystem the system linked item carries a scannable code that links it into the system.<br><br>"Scan the SmartThings QR code and connect your smart devices"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | network-credential information embodied in a generated QR code, for a Samsung Home Appliance that carries a QR code by which it is recognized and connected into the system, and across the SmartThings ecosystem, where the system linked item carries a SmartThings QR code by which it is connected. In each instance the system linked item comprises system linked contact information, and that information comprises a scannable code, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(b)] a computer system configured to perform the following acts: | The Samsung Galaxy smartphone contains a computer system built around a processor.<br><br>"Our fastest processor yet is built with an improved NPU, GPU and CPU for enhanced AI performance and 19% faster processing"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>That computer system is configured to perform documented acts in response to user input, such as scanning a code.<br><br>"Navigate to and open the Camera app, and make sure PHOTO is selected at the bottom. Then, position the viewfinder to scan the code"<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ | This limitation is met because the Accused Products include a computer system configured to perform the acts recited in claim 29. Samsung documents that the Galaxy smartphone is built around a processor comprising an NPU, GPU, and CPU, that is, a computer system with the processing, memory, and software resources to execute defined sequences of operations. Samsung further documents that this computer system is configured to perform acts in response to user input, including opening the Camera app and positioning the viewfinder to scan a code. The device is thus a computer system configured to perform the following acts, and the setting and configuring acts charted below are performed by that computer system in its ordinary and necessary |

*U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | (last visited August 5, 2026) | operation, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(c)] setting customized action settings comprising customized information in the computer system, setting the customized action settings comprising receiving the customized information into the computer system as user input, the customized action settings being linked to the system linked contact information in the computer system; and | The user inputs customized information into the computer system by setting up a profile in the Contacts app.<br><br>"keep all of your contact info in one place by setting up a profile in the Contacts app"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>That customized profile information is what the device later shares, linking the stored information to the shareable contact code.<br><br>"You can also share your profile information with others"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The Galaxy smartphone receives further customized action settings as user input through the Settings menu.<br><br>"Enable it in Settings under Advanced features for faster control"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>When a Samsung Home Appliance is connected, the user inputs a customized name that is set in the system for that linked item.<br><br>"Once the smartphone and home appliance are connected, you can set your own name"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | This limitation is satisfied by the setting of customized action settings comprising customized information, received into the computer system as user input and linked to the system linked contact information. Samsung documents that the user keeps customized contact information in a profile set up in the Contacts app of the Galaxy smartphone, entered by the user, and that this stored profile information is precisely what the device later shares, thereby linking the customized action settings in the computer system to the system linked contact information the device embodies in a scannable code. The Galaxy smartphone receives further customized action settings as user input through the Settings menu to govern its later responses, and connecting a Samsung Home Appliance accepts a user-input customized name that is set for that linked item. In each case customized information is received into the computer system as user input and linked to the system linked contact information, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(d)] configuring the computer system to perform a response to user input of | The computer system is configured so that a user's scan request | This limitation is met because the computer system is configured to perform a response to user input of each of |

*U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| each of one or more action requests into the computer system, | causes it to perform a response.<br><br>"Navigate to and open the Camera app, and make sure PHOTO is selected at the bottom. Then, position the viewfinder to scan the code"<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>Samsung documents that the configured computer system performs an action in response to the user's action request, with the action following from the request.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>The computer system is likewise configured to perform a defined response to user input entered as an action request through other interfaces.<br><br>"After typing 'Make this his birthday party', the Generate button is pressed"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | one or more action requests. Samsung's documentation shows the Galaxy smartphone configured so that a user's request to scan a code, entered through the Camera app or the Quick settings panel, causes the computer system to perform a response, and it confirms that a response follows from each such action request. The computer system is likewise configured to perform a defined response to user input entered as an action request through other interfaces. This configuration to receive an action request as user input and to perform a corresponding response is the ordinary and necessary operation of the Accused Products and satisfies the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(d)(i)] the user input of at least one of the one or more action requests comprising scanning the scannable code, | Samsung documents that the user input of an action request comprises scanning the scannable code from the Quick settings panel.<br><br>"Using two fingers, swipe down from the top of your phone's screen to open the Quick settings panel. Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it"<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>The action request of recognizing a Samsung Home Appliance's code comprises scanning that scannable code.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected" | This limitation is satisfied because the user input of at least one action request comprises scanning the scannable code. Samsung documents that the user opens the Quick settings panel and scans a QR code, that is, provides an action request whose user input comprises scanning the scannable code. The same relationship holds where the user scans and recognizes the QR code of a Samsung Home Appliance to connect it, and across the SmartThings ecosystem, where the user scans the SmartThings QR code to connect the linked devices. In each instance the user input of the action request comprises scanning the scannable code, meeting the limitation.<br><br>To the extent any aspect of this element is found not to |

*U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026)<br><br>Across the SmartThings ecosystem the action request comprises scanning the scannable code to connect the linked devices.<br><br>"Scan the SmartThings QR code and connect your smart devices"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(d)(ii)] the one or more action requests representing the system linked contact information, | The user's scan action request reads the displayed contact code, and thus represents the system linked contact information encoded in it.<br><br>"Then, using the other device, open the Contacts app. Tap More options (the three vertical dots), and then tap Scan QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>Across the SmartThings ecosystem the action request is the scan of a code that represents the linked device information.<br><br>"Scan the SmartThings QR code and connect your smart devices"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>For a Samsung Home Appliance the action request is the recognition of the appliance's code, representing the linked appliance information.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | This limitation is satisfied because each action request represents the system linked contact information. The user's scan of the displayed contact QR code is an action request that reads, and therefore represents, the contact information encoded in that code, as Samsung documents in describing how a second device scans the contact code in the Contacts app. The same relationship holds across the accused ecosystem, where the action request is the scan of a SmartThings code representing the linked device, and where the recognition of a Home Appliance's code is an action request representing that appliance's linked information. In every instance the action request represents the system linked contact information carried by the scannable code, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(d)(iii)] the response to user input of each of the one or more action requests comprising one or more computerized | Samsung documents that the computerized action performed on a scan is defined by the content the user configured into the scanned code. | This limitation is met because the response to each action request comprises one or more computerized actions defined by the customized action settings. |

– 6 –

*U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| actions defined by the customized action settings, | "The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>For a network-credential code the computerized action is the connection defined by the credentials the user set.<br><br>"Ask the guest to scan the QR code using their Android smartphone. Their device will automatically connect to your Wi-Fi network"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>Within SmartThings the computerized response controls the connected product according to the user's customized configuration.<br><br>"The SmartThings app lets you control and monitor your product right from your phone"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | Samsung documents that the computerized action following a scan is determined by the content the user placed into the scanned code, so that the action varies with the customized information and settings the user configured. For a network-credential code, the computerized action is an automatic connection defined by the credentials the user set; within SmartThings, the computerized response controls the connected product according to the user's customized configuration. Because the computerized action performed in the response is governed by the customized action settings the user established, the limitation is satisfied.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [29(d)(iv)] and the one or more computerized actions comprising retrieving and transmitting derived information in the response to user input of each of the one or more action requests, the derived information being derived from the customized information. | The Galaxy smartphone retrieves the user's stored profile information and transmits it to others in response to the sharing action.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>In response to a scan the device retrieves the encoded network details and transmits a connection derived from them.<br><br>"The QR code contains encrypted network details, ensuring secure and instant connection without exposing your Wi-Fi password"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited | This limitation is satisfied because the computerized actions comprise retrieving and transmitting derived information derived from the customized information. Samsung documents that the Galaxy smartphone retrieves the user's stored profile information and shares, that is, transmits, it to others in response to the sharing action request, the transmitted information being derived from the customized profile the user set. When a network-credential or hotspot code is scanned, the device retrieves the network details encoded in the code and transmits a connection derived from them, and Smart Switch retrieves the user's existing accounts and networks and transmits them to the new device by way of the scannable code. In each instance the response comprises retrieving and transmitting derived information derived from the customized information, |

*U.S. Patent No. 12,093,760 - Exemplary Claim 29 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | August 5, 2026) <br><br> The hotspot code carries the connection information that is retrieved and transmitted to connect the requesting device. <br><br> "Scan the QR Code to connect from another device without having to enter the password" <br><br> https://www.samsung.com/au/support/mobile-devices/use-qr-code-for-mobile-hotspot/ (last visited August 5, 2026) <br><br> Smart Switch retrieves the user's stored accounts and networks and transmits them to the new device through the scannable code. <br><br> "Quick setup with Smart Switch lets you transfer your existing accounts and networks with a QR code" <br><br> https://www.samsung.com/us/support/answer/ANS10002401/ (last visited August 5, 2026) | meeting the limitation. <br><br> To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |