# EXHIBIT K TO COMPLAINT

## Claim Chart of Claim 1 of U.S. Pat. No. 12,164,983 Against Accused Product Samsung Galaxy Smartphones

## CRISPERA J1 ASSETS LLC v. SAMSUNG

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

# EXHIBIT K

## CLAIM CHART

### U.S. Patent No. 12,164,983 - System linked item

Exemplary Claim 1 - Representative Accused Product: Samsung Galaxy Smartphones

*Crispera J1 Assets LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

This claim chart is preliminary. Crispera J1 Assets LLC reserves the right to supplement, amend, or modify these contentions as discovery proceeds, as claim construction is resolved, and as additional information regarding the Accused Products becomes available. The absence of a citation for any limitation does not constitute an admission, and the citations herein are exemplary rather than exhaustive.

The products and features identified herein are representative of the Accused Products. Where a specific model, application, or version is cited, that citation is exemplary; the same or materially similar functionality is present across the Samsung product lines identified below, and each representative citation applies equally to other models and versions that share the cited functionality.

The Accused Products include all products and services made, used, tested, sold, offered for sale, imported, or distributed by or on behalf of Defendants that practice one or more claims of the asserted patent and that infringe in the same general way, including without limitation Samsung Galaxy Smartphones, Samsung Smart TVs, Samsung Home Appliances, the SmartThings application and platform, Samsung Account services, Samsung Wallet, Samsung Digital Key, Galaxy SmartTags, Samsung Smart Switch, and Samsung mobile hotspot and tethering functionality, together with all associated code-generation, code-scanning, registration, invitation, authentication, and account-linked response functionality that operates with any of the foregoing. Plaintiff reserves the right to identify additional Accused Products through its Disclosure of Asserted Claims and Infringement Contentions.

Citations to third-party publications are provided as corroborative support; the primary support for each limitation is Defendants' own documentation.

The Accused Products infringe the asserted claim literally and under the doctrine of equivalents. To the extent any limitation is found not to be met literally, that limitation is met under the doctrine of equivalents, because the Accused Products perform substantially the same function, in substantially the same way, to achieve substantially the same result, and/or because the differences between the accused implementation and the claimed limitation are insubstantial.

Defendants use the patented system by putting it into service, controlling the system as a whole, and obtaining benefit from it. Defendants design and supply the Accused Products that generate and act upon system-linked readable codes, operate the Samsung Account and SmartThings services that maintain the action settings and perform the computerized actions upon a scan, and obtain the benefit of code-based registration, account linking, and service delivery each time the system operates.

The asserted claim is directed to a specific, concrete technological implementation rather than to any abstract idea. Claim 1 recites a system comprising an item that includes a system-linked readable code, wherein the system-linked readable code comprises a customized action setting associated with activation of a preset computerized response that is configured to activate responsive to a computerized device receiving digital input comprising scanned data that includes the system-linked readable code, together with a computer system configured to receive a customized information including user provided information, to generate the customized action setting responsive to receiving the customized information, and to generate the system-linked readable code responsive to generating the customized action setting, wherein the preset computerized response comprises one or more computerized actions that generate information derived from the customized information that is not the same as the customized information. These limitations require particular physical and computerized components arranged and configured in a particular way, and provide a concrete technical mechanism for embedding a user-configured setting in a machine-readable code and returning newly generated information in response to a scan of that code.

**Claim 1 (System)**

> *1. A system comprising:*

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

*an item including a system-linked readable code, wherein the system-linked readable code comprises a customized action setting, the customized action setting being associated with activation of a preset computerized response, the preset computerized response being configured to activate responsive to a computerized device receiving digital input comprising scanned data, the scanned data including the system-linked readable code; and*

*a computer system configured to: receive a customized information, the customized information including user provided information; generate the customized action setting responsive to receiving the customized information; generate the system-linked readable code responsive to generating the customized action setting; wherein the preset computerized response activated by the customized action setting comprises one or more computerized actions, the one or more computerized actions comprising the generating of information derived from the customized information, wherein the information derived from the customized information is not the same as the customized information.*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| [1(pre)] A system comprising: | The Samsung Galaxy smartphone is a system that integrates a processor with dedicated computational subsystems under unified software control.<br><br>"Meet the latest and most powerful processor ever on Galaxy. It's engineered to unlock the full potential of Galaxy AI for heavy multitaskers, powering a customized image enhancer that sharpens and smooths visuals across apps and content in real time"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The system is embodied in a physical device that houses those subsystems.<br><br>"Crafted with an Armor Aluminum frame, fitted with Corning® Gorilla® Glass and engineered for water resistance"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The system further integrates an imaging subsystem operating together with the device's processing engine.<br><br>"Capture pics that give you goosebumps with a 200 MP Wide camera and our ProVisual Engine"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | The preamble recites a system, and the Accused Products are systems in the ordinary sense of that term. Samsung documents that the Galaxy smartphone integrates its most powerful processor with dedicated computational resources that power Galaxy AI features, including a customized image enhancer that operates across apps and content in real time, which shows a set of cooperating hardware and software components acting together under unified control. That processing engine is housed within a physical device built with an Armor Aluminum frame and Corning Gorilla Glass, and it operates together with an imaging subsystem, a 200 MP camera driven by the ProVisual Engine. These are interconnected components arranged to function as a single unit, which is the ordinary and necessary architecture of the Accused Products and supplies the system within which the remaining limitations of claim 1 are performed. The same integrated-system architecture is present across the Samsung product lines identified above, including Samsung Smart TVs, Samsung Home Appliances, and the SmartThings platform that connects them.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(a)] an item including a system-linked readable code, | The Galaxy smartphone is an item that includes a system-linked readable code encoding the user's contact information. | This limitation is met by an item that includes a system-linked readable code. Samsung documents that the |

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | "You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The item likewise includes a system-linked readable code that carries system network credentials.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>Samsung Home Appliances are items that include a system-linked readable code by which the appliance is joined to the system.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | Galaxy smartphone includes and presents a QR code that encodes the user's contact information, and a further QR code that carries the network credentials of the system, each generated on the device and readable by another device. Samsung Home Appliances are likewise items that include a system-linked readable code recognized when the appliance is joined to the SmartThings system. In each instance the code is system-linked because the device operating system and the associated Samsung services both create the code from system state and act upon it when it is read, rather than treating it as an inert data container. The item therefore includes a system-linked readable code, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(b)] wherein the system-linked readable code comprises a customized action setting, the customized action setting being associated with activation of a preset computerized response, | The user first establishes the customized information that the code will carry by setting up a profile on the device.<br><br>"Instead, keep all of your contact info in one place by setting up a profile in the Contacts app"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The system-linked readable code carries the user-configured network credentials that govern the response performed on a scan.<br><br>"The QR code contains encrypted network details, ensuring secure and instant connection without exposing your Wi-Fi password"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026) | This limitation is satisfied because the system-linked readable code comprises a customized action setting that is associated with activation of a preset computerized response. Samsung documents that the user first configures the information the code will carry, keeping contact information in a profile in the Contacts app, and that the code carries user-configured content such as the network details that define the connection to be made. Samsung further confirms that the computerized response is associated with, and varies according to, the setting the code carries, so that scanning the code activates the particular preset response the setting specifies, whether opening a resource, connecting to a network, or starting a transfer. The code therefore comprises a customized action setting, and that setting is associated with activation of a preset computerized response, meeting the limitation. |

– 3 –

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | Samsung confirms that the computerized response is associated with, and determined by, the setting the code carries.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026) | To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(c)] the preset computerized response being configured to activate responsive to a computerized device receiving digital input comprising scanned data, the scanned data including the system-linked readable code; and | The Galaxy smartphone is configured to receive scanned data through the Quick settings panel.<br><br>"Using two fingers, swipe down from the top of your phone's screen to open the Quick settings panel. Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it"<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>Samsung documents that the device receives the scanned data through the Camera app and then acts on it.<br><br>"To scan a QR code, you usually only need to open the Camera app on your Samsung Galaxy. Point the camera at the QR code and wait for the notification to appear"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>The preset computerized response is configured to activate in response to the scanned code.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>For a network-credential code, the preset response activates automatically upon the scan.<br><br>"Ask the guest to scan the QR code using their Android smartphone. Their device will automatically connect to your | This limitation is met because the preset computerized response is configured to activate responsive to a computerized device receiving digital input comprising scanned data that includes the system-linked readable code. Samsung documents that the Galaxy smartphone is a computerized device configured to receive scanned data, both through the Quick settings panel Scan QR code function and through the Camera app, and that the device then acts on the code it has received. Samsung further confirms that the response is configured to activate in response to the scanned code, with the particular action following from the code, and that for a network-credential code the device automatically connects upon the scan. The scanned data thus includes the system-linked readable code, and the preset computerized response is configured to activate responsive to the device receiving that scanned data, which is the ordinary and necessary operation of the Accused Products and satisfies the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |

– 4 –

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | Wi-Fi network"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026) | |
| [1(d)] a computer system configured to: receive a customized information, the customized information including user provided information; | The Galaxy smartphone computer system receives user provided contact information entered by the user.<br><br>"Instead, keep all of your contact info in one place by setting up a profile in the Contacts app"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The computer system also receives user provided information in the form of a natural-language editing instruction.<br><br>"In Photo Assist, the user can describe what to change by inputting a text prompt"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>When a Samsung Home Appliance is joined to the system, the computer system receives user provided naming information.<br><br>"Once the smartphone and home appliance are connected, you can set your own name"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | This limitation is satisfied because the Accused Products include a computer system configured to receive a customized information that includes user provided information. Samsung documents that the Galaxy smartphone computer system receives contact information the user enters and keeps in a profile in the Contacts app, and that in Photo Assist the computer system receives a user-supplied text prompt describing the change the user wants. The computer system likewise receives user-provided naming information when a Samsung Home Appliance is joined to the system through SmartThings. In each case the information received by the computer system includes information provided by the user, which is precisely the customized information the claim recites, and the computer system is configured to receive it, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(e)] generate the customized action setting responsive to receiving the customized information; | The computer system generates a customized setting from the user's configuration selections.<br><br>"From full-screen privacy for selected apps and PIN, password or pattern entry to partial privacy for incoming notifications, customize Privacy Display to work around you"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The computer system generates the shareable setting from the profile information the user provided. | This limitation is met because the computer system generates the customized action setting responsive to receiving the customized information. Samsung documents that the computer system generates a customized configuration from the selections the user makes, allowing the user to customize Privacy Display across a range of user-selected conditions, and that it derives the shareable action from the profile information the user provided so that the stored information becomes what the device later shares. In Photo Assist, the |

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | "You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>In Photo Assist the computer system acts on the user's supplied instruction when the user commits it.<br><br>"After typing 'Make this his birthday party', the Generate button is pressed"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026) | computer system acts on the user-supplied instruction when the user commits it by pressing Generate. In each instance the computer system produces the setting that governs the later response in direct response to receiving the user's customized information, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(f)] generate the system-linked readable code responsive to generating the customized action setting; | The computer system generates a system-linked readable code carrying the network credentials the user configured.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>The computer system generates a system-linked readable code carrying the user's contact profile.<br><br>"You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The computer system likewise generates a system-linked readable code carrying the device's hotspot connection information.<br><br>"Scan the QR Code to connect from another device without having to enter the password"<br><br>https://www.samsung.com/au/support/mobile-devices/use-qr-code-for-mobile-hotspot/ (last visited August 5, 2026) | This limitation is satisfied because the computer system generates the system-linked readable code responsive to generating the customized action setting. Samsung documents that, after the user has configured the underlying information, the computer system generates a QR code carrying the user's network credentials that others can scan to connect, generates a QR code carrying the user's contact profile for another device to read, and generates a QR code carrying the device's hotspot connection information. In each case the code is produced only after and because the underlying customized action setting has been established, so that generating the readable code follows from generating the setting. The computer system therefore generates the system-linked readable code responsive to generating the customized action setting, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(g)] wherein the preset computerized response activated by the customized | In Photo Assist the preset computerized response generates a new transformed image derived from the user's text instruction. | This limitation is met because the preset computerized response comprises one or more computerized actions, |

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| action setting comprises one or more computerized actions, the one or more computerized actions comprising the generating of information derived from the customized information, | "Galaxy AI transforms the photo by adding various birthday themed accessories on and around the dog"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The computerized response generates an encoded code derived from the user's configured network credentials.<br><br>"The QR code contains encrypted network details, ensuring secure and instant connection without exposing your Wi-Fi password"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>The computerized response generates a shareable output derived from the user's stored profile information.<br><br>"You can also share your profile information with others. That way, you can send your contacts one big message, instead of typing it out every time"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026) | and those actions comprise generating information derived from the customized information. Samsung documents that in Photo Assist the response takes the user's customized text instruction and generates a new transformed image, adding themed elements to the scene, which is a computerized action that generates information derived from the user's input. Comparable derivation occurs when the computer system generates a QR code that encodes the user's configured network credentials, and when it generates a shareable output from the user's stored profile information. In each instance the preset computerized response carries out a computerized action that generates information derived from the customized information the user supplied, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(h)] wherein the information derived from the customized information is not the same as the customized information. | The customized information supplied to Photo Assist is a text instruction.<br>"In Photo Assist, the user can describe what to change by inputting a text prompt"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The information the response generates is a transformed image, categorically different from that text instruction.<br><br>"Galaxy AI transforms the photo by adding various birthday themed accessories on and around the dog"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>For a network-credential code the generated output is an encoded representation distinct from the credentials the user provided.<br><br>"The QR code contains encrypted network details, ensuring | This limitation is satisfied because the information derived from the customized information is not the same as the customized information. In Photo Assist the customized information the user supplies is a text instruction describing the desired change, whereas the information the response generates is a transformed image in which themed elements have been added to the scene; the generated image is a different kind of information than the text instruction that produced it. The same distinction holds where the computer system generates a QR code that encodes the user's network credentials, because the encoded machine-readable output is a distinct representation and, as Samsung documents, does not expose the underlying credentials. In each instance the derived information differs from the customized information from which it was produced, meeting the limitation. |

– 7 –

*U.S. Patent No. 12,164,983 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | secure and instant connection without exposing your Wi-Fi password" <br><br> https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026) | To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |