# EXHIBIT L TO COMPLAINT

## Claim Chart of Claim 1 of U.S. Pat. No. 12,393,809 Against Accused Product Samsung Galaxy Smartphones

## CRISPERA J1 ASSETS LLC v. SAMSUNG

*U.S. Patent No. 12,393,809 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

# EXHIBIT L

## CLAIM CHART

**U.S. Patent No. 12,393,809 - System linked item including readable code**

Exemplary Claim 1 - Representative Accused Product: Samsung Galaxy Smartphones

*Crispera J1 Assets LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

This claim chart is preliminary. Crispera J1 Assets LLC reserves the right to supplement, amend, or modify these contentions as discovery proceeds, as claim construction is resolved, and as additional information regarding the Accused Products becomes available. The absence of a citation for any limitation does not constitute an admission, and the citations herein are exemplary rather than exhaustive.

The products and features identified herein are representative of the Accused Products. Where a specific model, application, or version is cited, that citation is exemplary; the same or materially similar functionality is present across the Samsung product lines identified below, and each representative citation applies equally to other models and versions that share the cited functionality.

The Accused Products include all products and services made, used, tested, sold, offered for sale, imported, or distributed by or on behalf of Defendants that practice one or more claims of the asserted patent and that infringe in the same general way, including without limitation Samsung Galaxy Smartphones, Samsung Smart TVs, Samsung Home Appliances, the SmartThings application and platform, Samsung Account services, Samsung Wallet, Samsung Digital Key, Galaxy SmartTags, Samsung Smart Switch, and Samsung mobile hotspot and tethering functionality, together with all associated code-generation, code-scanning, registration, invitation, authentication, and account-linked response functionality that operates with any of the foregoing. Plaintiff reserves the right to identify additional Accused Products through its Disclosure of Asserted Claims and Infringement Contentions.

Citations to third-party publications are provided as corroborative support; the primary support for each limitation is Defendants' own documentation.

The Accused Products infringe the asserted claim literally and under the doctrine of equivalents. To the extent any limitation is found not to be met literally, that limitation is met under the doctrine of equivalents, because the Accused Products perform substantially the same function, in substantially the same way, to achieve substantially the same result, and/or because the differences between the accused implementation and the claimed limitation are insubstantial.

Defendants use the patented system by putting it into service, controlling the system as a whole, and obtaining benefit from it. Defendants design and supply the Accused Products that carry system-linked readable codes, operate the Samsung Account and SmartThings services that hold the action settings and perform the computerized actions upon a scan, and obtain the benefit of code-based registration, account linking, and service delivery each time the system operates.

The asserted claim is directed to a specific, concrete technological implementation rather than to any abstract idea. Claim 1 recites a system comprising an item comprising a system-linked readable code associated with an action setting, together with a computer system configured to receive a customized information, generate the action setting relating to the customized information, generate the system-linked readable code configured to be associated with the action setting, associate the receiving of the system-linked readable code with a computerized response, and activate the computerized response responsive to a computerized device receiving the system-linked readable code, wherein the computerized response activated by the action setting comprises one or more computerized actions comprising generating information derived from the customized information that is not the same as the customized information. These limitations require particular physical and computerized components arranged and configured in a particular way, and provide a concrete technical mechanism for tying a machine-readable code to a customized action setting and returning derived information in response to receipt of the code.

**Claim 1 (System)**

*1. A system comprising:*

*an item comprising a system-linked readable code associated with an action setting;*

*U.S. Patent No. 12,393,809 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

*a computer system configured to: receive a customized information; generate the action setting relating to the customized information; generate the system-linked readable code configured to be associated with the action setting; associate the receiving of the system-linked readable code with a computerized response; and activate the computerized response responsive to a computerized device receiving the system-linked readable code; and*

*wherein the computerized response activated by the action setting comprises one or more computerized actions, the one or more computerized actions comprising generating information derived from the customized information, wherein the information derived from the customized information is not the same as the customized information.*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| [1(pre)] A system comprising: | The Accused Products are marketed and operated as an integrated system in which the Galaxy smartphone is a complete computing platform.<br><br>"Galaxy S26 Ultra anticipates what you need next, empowers your creativity, delivers powerful performance"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>Samsung unifies the Accused Products into a single controllable system through SmartThings.<br><br>"Scan the SmartThings QR code and connect your smart devices"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026)<br><br>The SmartThings system operates the connected products together from the smartphone.<br><br>"The SmartThings app lets you control and monitor your product right from your phone"<br><br>https://www.samsung.com/us/support/connect-with-smartthings/ (last visited August 5, 2026) | Claim 1 is directed to a system, and the Accused Products are organized and operated as a system in their ordinary and necessary use. The Galaxy smartphone is itself a complete computing platform that, as Samsung describes, anticipates what the user needs next and delivers computing performance. Beyond the individual device, Samsung's own documentation shows the Accused Products joined into one operative system through SmartThings, where the user scans a SmartThings code to connect the smart devices and then controls and monitors those products from the phone. The item bearing the system-linked readable code, the computer system that generates and acts on that code, and the connected devices on which the resulting computerized actions occur are thus components of a single system, supplying the system framework within which the remaining limitations of claim 1 are met.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(a)] an item comprising a system-linked readable code associated with an action setting; | The Galaxy smartphone is an item that carries a system-linked readable code associated with a contact-sharing action setting.<br><br>"You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026)<br><br>The same item carries a readable code associated with a | This limitation is met by an item that comprises a system-linked readable code associated with an action setting. Samsung documents that the Galaxy smartphone carries a QR code, a system-linked readable code, that is associated with a contact-sharing action setting: the user selects a contact and taps QR code to produce a code tied to the sharing behavior. The same item carries a readable code associated with a network-connection action setting, where the device generates a code that |

*U.S. Patent No. 12,393,809 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | network-connection action setting.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>A Samsung Home Appliance is an item comprising a machine-readable code associated with the action setting by which the appliance is connected into the system.<br><br>"Tap QR Code Scan and recognize the QR code of the home appliance to be connected"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | others scan to connect instantly, tying the code to the connect action. A Samsung Home Appliance is likewise an item comprising a machine-readable code, recognized when the appliance is connected into the system, and associated with the registration action setting. In each case the item comprises a system-linked readable code, and that code is associated with a defined action setting, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(b)] a computer system configured to: receive a customized information; | The Galaxy smartphone is a computer system built on a dedicated processing architecture.<br><br>"Galaxy S26 Ultra anticipates what you need next, empowers your creativity, delivers powerful performance"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>That computer system receives customized information entered by the user as a text prompt.<br><br>"After typing 'Make this his birthday party', the Generate button is pressed. Galaxy AI transforms the photo by adding various birthday themed accessories"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>The computer system also receives customized information that the user keeps in a profile.<br><br>"keep all of your contact info in one place by setting up a profile in the Contacts app"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026) | This limitation is satisfied because the Galaxy smartphone is a computer system that is configured to receive a customized information. Samsung documents that the device is an integrated computing platform that anticipates what the user needs next and delivers computing performance. In ordinary operation that computer system receives customized information supplied by the user: the user types a customized text prompt such as 'Make this his birthday party', which the device receives and acts upon, and the user keeps customized contact information in a profile set up in the Contacts app, which the device receives and stores. In each pathway the computer system is configured to receive a customized information entered by the user, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(c)] generate the action setting relating | The computer system generates a connection action setting | This limitation is met because the computer system |

*U.S. Patent No. 12,393,809 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| to the customized information; | relating to the customized network information the user supplied.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>The user establishes action settings on the computer system through the Settings menu.<br><br>"Enable it in Settings under Advanced features for faster control"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>When a Home Appliance is connected, the computer system generates an action setting relating to the customized name the user assigns.<br><br>"Once the smartphone and home appliance are connected, you can set your own name"<br><br>https://www.samsung.com/latin_en/support/apps-services/how-to-register-home-appliances-in-the-smartthings-app/ (last visited August 5, 2026) | generates the action setting relating to the customized information. Samsung documents that, from the customized network credentials the user supplies, the device generates a code that others scan to connect instantly, generating a connection action setting that relates to that customized information. Action settings are established on the computer system through the Settings menu, which the user enables to govern the device's later behavior. When a Samsung Home Appliance is connected, the user sets a customized name, and the computer system generates the corresponding action setting relating to that customized information. In each instance the computer system generates an action setting that relates to the customized information the user provided, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(d)] generate the system-linked readable code configured to be associated with the action setting; | The computer system generates the system-linked readable code for the network-connection action setting.<br><br>"Instead of typing the password, you can generate a QR code that others can scan to connect instantly"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>The computer system generates the readable code for the contact-sharing action setting.<br><br>"You can also share a contact with another device using a QR code. Tap a contact, then tap More (the three vertical dots) at the bottom, and then tap QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026) | This limitation is satisfied because the computer system generates the system-linked readable code configured to be associated with the action setting. Samsung documents that the device generates a QR code that others scan to connect instantly, a readable code configured to be associated with the network-connection action setting. The device generates the readable code for the contact-sharing action setting when the user taps QR code on a selected contact, and generates the readable code for the hotspot-connection action setting so another device can scan the code to connect without entering the password. In every instance the computer system generates a system-linked readable code that is configured to be associated with the corresponding action setting, meeting the limitation. |

*U.S. Patent No. 12,393,809 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
| | The computer system generates the readable code for the hotspot-connection action setting.<br><br>"Scan the QR Code to connect from another device without having to enter the password"<br><br>https://www.samsung.com/au/support/mobile-devices/use-qr-code-for-mobile-hotspot/ (last visited August 5, 2026) | To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(e)] associate the receiving of the system-linked readable code with a computerized response; and | Samsung documents that receiving the code by scanning is associated with a computerized response that follows from the code.<br><br>"The notification and the actions that follow may vary depending on the QR code. For example, it may open a website or an app, connect to a Wi-Fi network, or start a file download"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>The Galaxy smartphone is configured so that receiving a code through the Quick settings panel is associated with a response.<br><br>"Using two fingers, swipe down from the top of your phone's screen to open the Quick settings panel. Tap the Scan QR code icon; a window will open, and you can automatically scan a code by focusing on it"<br><br>https://www.samsung.com/us/support/answer/ANS10001925/ (last visited August 5, 2026)<br><br>Receiving a contact code on a second device is associated with the computerized response of importing the contact.<br><br>"Then, using the other device, open the Contacts app. Tap More options (the three vertical dots), and then tap Scan QR code"<br><br>https://www.samsung.com/us/support/answer/ANS10001943/ (last visited August 5, 2026) | This limitation is met because the receiving of the system-linked readable code is associated with a computerized response. Samsung documents that when the device receives a code, the notification and the actions that follow vary depending on the code, so that the receipt of a particular code is associated with a particular computerized response such as opening an app, connecting to a network, or starting a download. The Galaxy smartphone is configured so that a code received through the Quick settings panel scanner triggers a response window, and receiving a contact code on a second device is associated with the computerized response of importing the contact through the Contacts app. In each case receipt of the readable code is associated in the computer system with a defined computerized response, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(f)] activate the computerized response responsive to a computerized device receiving the system-linked readable code; and | The computerized response activates automatically when a device receives the network code by scanning it.<br><br>"Ask the guest to scan the QR code using their Android smartphone. Their device will automatically connect to your Wi-Fi network" | This limitation is satisfied because the computerized response is activated responsive to a computerized device receiving the system-linked readable code. Samsung documents that when a guest's device scans, and thereby receives, the network code, the device |

*U.S. Patent No. 12,393,809 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
|  | https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026)<br><br>Samsung documents that receiving the code through the camera activates the responsive action.<br><br>"Point the camera at the QR code and wait for the notification to appear"<br><br>https://www.samsung.com/ca/support/mobile-devices/scan-a-qr-code-with-your-samsung-galaxy/ (last visited August 5, 2026)<br><br>Receiving the hotspot code on another device activates the connection response.<br><br>"Scan the QR Code to connect from another device without having to enter the password"<br><br>https://www.samsung.com/au/support/mobile-devices/use-qr-code-for-mobile-hotspot/ (last visited August 5, 2026) | automatically connects to the Wi-Fi network, activating the connection response in direct response to receipt of the code. Receipt of a code through the Camera app likewise activates the responsive action, with a notification appearing and the on-screen instructions following. When another device receives the hotspot code by scanning it, the connection response is activated so the device connects without entering the password. In each instance the computerized response is activated responsive to a computerized device receiving the readable code, meeting the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |
| [1(g)] wherein the computerized response activated by the action setting comprises one or more computerized actions, the one or more computerized actions comprising generating information derived from the customized information, wherein the information derived from the customized information is not the same as the customized information. | The computerized response generates new information derived from the user's customized text input that is not the same as that input.<br><br>"After typing 'Make this his birthday party', the Generate button is pressed. Galaxy AI transforms the photo by adding various birthday themed accessories"<br><br>https://www.samsung.com/us/smartphones/galaxy-s26-ultra/ (last visited August 5, 2026)<br><br>For the network action setting, the computerized response generates encrypted network information derived from, but not identical to, the customized credentials.<br><br>"The QR code contains encrypted network details, ensuring secure and instant connection without exposing your Wi-Fi password"<br><br>https://www.samsung.com/ae/support/mobile-devices/how-to-share-your-wi-fi-password-without-typing-it/ (last visited August 5, 2026) | This limitation is met because the computerized response comprises one or more computerized actions that generate information derived from the customized information, where the derived information is not the same as the customized information. Samsung documents that after the user types a customized text prompt, Galaxy AI transforms the photo by adding themed accessories, generating a new transformed image that is derived from the customized prompt yet is not the same as that prompt. For the network action setting, the computerized response generates encrypted network details that establish a secure connection, information derived from the user's customized credentials without exposing or reproducing those credentials, and thus not the same as the customized information. In each case the computerized action generates information derived from, and different from, the customized information, satisfying the limitation.<br><br>To the extent any aspect of this element is found not to be met literally, it is met under the doctrine of equivalents because the accused functionality performs |

– 6 –

*U.S. Patent No. 12,393,809 - Exemplary Claim 1 - Samsung Galaxy Smartphones*

| Claim Language | Evidence of Infringement | Infringement Analysis |
|---|---|---|
|  |  | substantially the same function, in substantially the same way, to achieve substantially the same result as the claimed element. |