**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CRISPERA J1 ASSETS LLC,** | |
| Plaintiff, | Civil Action No. 2:26-cv-00656-JRG-JSP |
| v. | |
| **SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Crispera J1 Assets, LLC ("Plaintiff") hereby submits this Corporate Disclosure Statement. Crispera J1 Assets, LLC is a limited liability company whose sole member is Crispera LLC, a Wyoming limited liability company. Crispera LLC is, in turn, wholly owned by its sole member, Jackson L. Crisp.

Crispera J1 Assets, LLC has no parent corporation, and no publicly held corporation owns 10% or more of any ownership interest in Crispera J1 Assets, LLC, Crispera LLC, or any other entity in the ownership chain.

1

Dated: August 7, 2026

Respectfully submitted,

By: */s/ Erick S. Robinson*

Erick S. Robinson (Lead Counsel)
Texas Bar No. 24039142
Gregory Love
Texas Bar No. 24013060
CHERRY JOHNSON SIEGMUND JAMES PC
104 E Houston Street, Suite 115
Marshall, Texas 75670
Telephone: (713) 498-6047
Facsimile: (713) 583-9737
erobinson@cjsjlaw.com
glove@cjsjlaw.com

Mark D. Siegmund
Texas Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

*Attorneys for Plaintiff*
*CRISPERA J1 ASSETS LLC*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing has been served on all counsel who have appeared herein via the Court's electronic filing system on this 7th day of August 2026.

By: */s/ Erick S. Robinson*
Erick S. Robinson

2